IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                 CV 9-752 JCH/WPL

BILLY R. MELOT and
KATHERINE L. MELOT,

      Defendants.

**ORDER GRANTING-IN-PART EXTENSION OF TIME**

      Defendant Billy Melot filed a Motion for Relief from Judgment and Order on December 16, 2016. (Doc. 469.) The United States filed its response on December 29, 2016. (Doc. 470.) Melot now seeks a fourteen-day extension of time to file his reply because the United States filed "a lengthy Response in Opposition," and noted that he was unable to seek concurrence of opposing counsel due to his incarcerated status. (Doc. 471.) Melot asks that his reply deadline be extended through January 24, 2017. In total, the United States filed 21 pages in response to Melot's motion: 15 pages of response and 6 pages of exhibits. (Doc. 470.) Melot's contention that the United States filed a "lengthy response" and failed to designate portions of the exhibits is meritless. Under the circumstances, Melot's motion is granted-in-part: any reply must be filed no later than January 23, 2017.

      This case has been dragging on for over six years and has gone up on appeal a dozen times. Melot is cautioned that additional requests for extension will be looked upon with disfavor.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.